IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALAN KEITH BURKHART,
$1 JEWELRY GALORE FRANCHISE, INC. and
BURKHART ENTERPRISES, INC.                                      PLAINTIFFS

    v.               Civil No. 10-2116

DAVID FURR and JENNIFER FURR,
$1 JEWELRY GALORE OF TULSA, INC. and
JOHN DOE                                                         DEFENDANTS

**O R D E R**

Now on this 1st day of November, 2011, comes on for consideration the parties' **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** (Doc. 33), in which the parties advise the Court that they have settled this matter.

**IT IS THEREFORE ORDERED** that plaintiffs' complaint and defendants' counterclaims are hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                /s/ Jimm Larry Hendren
                                **JIMM LARRY HENDREN**
                                **UNITED STATES DISTRICT JUDGE**